RECEIVED IN
The Court of Appeals
Sixth District

AUG 1 4 2015

Texarkana, Texas
Debra K. Autrey, Clerk

06-15-00124-CR

CAUSE# 10-15-00225 CR 415

LARRY JOE JONES

V.

Tenth Court of Appeal

FILED IN
The Court of Appeals
Sixth District

AUG 1 4 2015

Texarkana, Texas
Debra K. Autrey, Clerk

Writ of Habeas Corpus, Having An Attorney Who Is Without Business Phone OR Location

To Honorable Judge of Said Court:

Came now Appellate, LARRY JONES in the above Styled and numbered cause of action to show the Court the following.

Facts

On the 16th day of May 2015, In the 85th District Court of Brazos County, Judge Kyle Hawthrone, presiding Appointed Attorney David Crawford. Now please Note: Judge Hawthrone has a Judicial Misconduct filed with the committee before this Appeal Attorney was appointed. This Appeal Need another appointed Attorney that is, with a business location and a local phone number to an office. David Crawford has only spoke once with Appellate

and since that time Newly discovery of Evident has occurred and he will not answer his only contact cell phone, from my family members who identify them their relationship with Appellant. This new evident can change the out-come of my case dismiss the Enhancement Indictment.

## Compel Judge, lawyer

Appellant's need a new lawyer who can response with commication and since there is a complaint filed against Judge, Appellant files any order or rules he makes would be prejudice in this cause, without justice or any fairness, be-cause, my question to Attorney Crawford was has he had any success he answered NONE, being an appeal Attorney.

## Compel Attorney Crawford

To corrsspondance with Appellant with-out no more delaying with a limitation that is running out concerning this matter where Appellant was sentenced (75) Seventy Five years for Evading An Arrest with Vehicle.

Respectfully Submitted

Certificate Service

I, Larry Jones, certify under penalty and perjury that a copy of the foregoing, is true and correct has been served by via 1st class mail.

Jones, Larry
Signature

Subscribed and Sworn To Before me this 8 day of July, 2015.

Glynda Williams
Signature of Notary Public

GLYNDA S. WILLIAMS
Notary Public, State of Texas
My Commission Expires
DECEMBER 17, 2018